[No. 33443-1-III. Division Three. August 30, 2016.]

THE STATE OF WASHINGTON, *Respondent*, v. ELUTERIO MORFIN-CAMACHO, *Appellant*.

Appeal from a judgment of the Superior Court for Franklin County, No. 15-1-50052-9, Carrie L. Runge, J., entered May 7, 2015. *Reversed* and *remanded* by unpublished opinion per Pennell, J., concurred in by Fearing, C.J., and Lawrence-Berrey, J.

[No. 33653-1-III. Division Three. August 30, 2016.]

EDWARD COYNE ET AL., *Appellants*, v. GROWTH MANAGEMENT HEARINGS BOARD ET AL., *Respondents*.

Appeal from a judgment of the Superior Court for Benton County, No. 14-2-00880-2, Cameron Mitchell, J., entered July 9, 2015. *Affirmed* by unpublished opinion per Korsmo, J., concurred in by Lawrence-Berrey, A.C.J., and Pennell, J.

[No. 33717-1-III. Division Three. September 1, 2016.]

*In the Matter of the Marriage of* WALTER N. CLARK III, *Respondent*, and TIFFANY A. CLARK, *Appellant*.

Appeal from a judgment of the Superior Court for Chelan County, No. 12-3-00175-6, Alicia H. Nakata, J., entered July 31, 2015. *Affirmed* by unpublished opinion per Pennell, J., concurred in by Korsmo and Siddoway, JJ.

[No. 72392-8-I. Division One. September 6, 2016.]

*In the Matter of the Detention of* GREGORY S. JAEGER.

THE STATE OF WASHINGTON, *Respondent*, v. GREGORY S. JAEGER, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 10-2-31629-9, Bruce E. Heller, J., entered August 11, 2014. *Affirmed* by unpublished opinion per Schindler, J., concurred in by Becker and Appelwick, JJ.